**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Collis Paul LANCASTER, Jr.,**
**Defendant–Appellant.**

No. 06–5668.

United States Court of Appeals,
Sixth Circuit.

March 17, 2009.

Before: MOORE and GRIFFIN, Circuit Judges; McKINLEY, District Judge.*

*ORDER*

This case returns to us by order of the Supreme Court, *Lancaster v. United States*, —— U.S. ——, 129 S.Ct. 991, 173 L.Ed.2d 284 (2009), for reconsideration in light of *Chambers v. United States*, 555 U.S. ——, 129 S.Ct. 687, 172 L.Ed.2d 484 (2009). We REMAND to the district

---

* The Honorable Joseph H. McKinley, Jr., United States District Judge for the Western District of Kentucky, sitting by designation.

court for reconsideration and further proceedings necessary in light of *Chambers*.